UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY W. PAIGE, | Case No. 17-cv-07115-HSG |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| GLENN E. DYER DETENTION FACILITY, | |
| Defendant. | |

Plaintiff, an inmate at Glenn Dyer Jail in Oakland, California, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2018, the Court dismissed Plaintiff's complaint with leave to amend, and directed Plaintiff to file an amended complaint within twenty-eight days. Dkt. No. 7. The deadline has since passed and Plaintiff has failed to file an amended complaint or otherwise communicate with the Court. Accordingly, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and deadlines.

**IT IS SO ORDERED.**

Dated: July 27, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge